**UNITED STATES BANKRUTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE, DIVISION**

IN RE: Arlene C. Stephens

Case No.  3:13-bk-02068-JAF
Chapter 13

## FIRST AMENDED CHAPTER 13 PLAN

The debtor, ARLENE C. STEPHENS submit the following Chapter 13 plan:

1.      The earnings of the Debtors are submitted to the supervision and control of the Bankruptcy Court, and beginning May 5, 2013, and continuing on the 5th day of each month thereafter, the debtor shall pay to the trustee the sum of $569.80 per month for months 1-2 and the sum of $1,009.80 per month for months 3-60.

2.      From the payments received the Trustee shall make disbursements as follows:

A.      PRIORITY CLAIMS

(i)      The fees and expenses of the Trustee shall be paid over the life of the plan at the rate of 10% of the amount of all payments under the plan.

(ii)      George Richard Chamberlin, P. A., with a billing address is P. O. Box 380, Williston, FL, 32696, shall be paid attorney fees of $0.00 per month over the life of the plan as an administrative expense for the annual review of Debtor's tax returns.

B.      SECURED CLAIMS

(1) CitiMortgage, Inc., Bankruptcy Dept. P. O. Box 140609, Irving, Texas, 75014, account no.. xxxxxx7400, holds a first mortgage on the debtor's homestead property located at 10655 S. W. 69th Terrace, Ocala, FL. 34476.  The alleged approximate outstanding balance on this mortgage is $139,000.00. The property is presently valued at $87,000.00. The debtor will seek to modify the mortgage with the creditor or seek a Mortgage Modification Order in the Bankruptcy Court. The debtor will ask that her monthly payments including interest and principal be reduced to $400.00 per month. Debtor will begin paying the trustee this amount beginning month 3. A proof of claim has not yet been provided by the creditor and the arrearages will be included in unsecured claims after the proof of claim is filed.

1

(2) Campus USA Credit Union, P. O. Box 147029, Gainesville, Florida 32614, Account No. xxxx, holds a second mortgage on the debtor's homestead property located at 10655 S. W. 69th Terrace, Ocala, FL. 34476. The approximate outstanding balance on this mortgage is $181,000.00. The property is presently valued at $87,000.00. There is no equity in the property to support this mortgage and the debtor will ask to the Court to strip the Lien. A proof of claim has not yet been provided by the creditor and arrearages are not yet known. The debtor will request the court strip this lien.

(3) Campus USA Credit Union, P. O. Box 147029, Gainesville, Florida 32614-7029, holds a first lien against the debtor's 2007 Acura. The approximate outstanding balance on this loan is $9,324.00.. There are 18 payments remaining on this debt, including the payment due April 30, 2013. The debt shall be paid through the plan

C.    ALLOWED UNSECURED CLAIMS

The Trustee shall distribute all remaining sums pro rata among those unsecured creditors whose claims are timely filed and allowed, including secured creditors who have deficiency claims or whose liens have been avoided. Unsecured creditors shall be paid beginning month 19 a total amount of $518.00 per month for 42 months for a total amount of $21,756.00.

D.    MISCELLANEOUS PROVISIONS

(i)    The value as of the date of the filing of the Plan of property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would e paid on such claim if the estate of the Debtor was liquidated under Chapter 7 of the Bankruptcy Code on such date.

(ii)    All creditors shall retain their liens to the extent permitted by 11 U. S. C. Section 506(d).

(iii)    Title to all property of the estate shall revest in the Debtor upon confirmation of the plan

(iv)    To satisfy the requirements of Section 365 of the Bankruptcy Code, and unless specifically noted elsewhere, the Debtors expressly assume all unexpired leases and executory contracts in which they are a party.

(v)    Any regular monthly payment made by the Debtor(s) to the trustee for eventual distribution to a secured debtor, whether such payment is pre- or post-petition, shall be deemed paid to that secured creditor as of the date the payment was received by the trustee. Secured creditors shall not be entitled to accrue interest on the regular monthly payment of the Debtor(s) to the Chapter 13 Trustee in accordance with this plan even if such regular monthly payment deviates from the mortgage payment schedule.

(vi) Confirmation of this Plan shall have no *res judicata* effect on Debtor(s) right to object to or value the claim of any creditor unless the Debtor(s) fail(s) to file an objection or motion to value the claim within thirty (30) days of the expiration of the claims bar deadline.

(vii)    Except as provided for in the plan, the order confirming the plan or other court order, no interest, late charges, penalties or attorneys' fees will be paid to or accessible by

any creditor. 11 U.S.C. Section 1327(a) provides: The provisions of a confirmed plan bind the debtor and each creditor, whether or not the claim of such creditor is provided for in the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan. Once debtor successfully completes the Chapter 13 Plan and a discharge is entered by the Court, NO CREDITOR WILL BE ALLOWED TO ADD LATE CHARGES, PENEALTIES, INTEREST OR ATORNEYS' FEES FROM THE BEGINNING OF TIME THROUGH THE DATE OF DISCHARGE.

(viii)    Any claims filed after the proof of claim deadline shall receive no distribution under this plan unless specifically provided for above or unless the Debtor files a claim on behalf of the creditor.

(ix)    The Debtor rejects no executory contracts.

Dated May 3, 2013

By:

Arlene C. Stephens

G. Richard Chamberlin, Esquire
**George Richard Chamberlin, P. A.**
P. O. Box 380
Williston, FL 32696
352-812-5560
grichardchamberlin@gmail.com
Florida Bar No. 0848130

## CERTIFICATE OF SERVICE

**I HERBY CERITIFY** that on this 3rd day of May, 2013 a true and correct copy of the

**AMENDED CHAPTER 13 PLAN DATED, May 3rd, 2013** has been furnished by

United States Mail via First Class Service to U.S. Assistant Trustee, 400 W Washington Street,

Ste 1100, Orlando, Fla. 32801; Douglas W. Neway, Trustee, P.O. Box 4308, Jacksonville, Fla.

32201-4308, and all other interested parties as listed on attached mailing matrix.

*/s/G. Richard Chamberlin, Esq./s/*
**George Richard Chamberlin, P.A.**
P.O. Box 380
Williston, Florida 32696
352-812-0018
grichardchamberlin@gmail.com
Florida Bar No. 0848130

Arlene C Stephens
10655 S. W. 69th Terrace
Ocala, FL 34476

Credit One bank
P.O. Box 98873
Las Vegas, NV 89193

George Richard Chamberlin
George Richard Chamberlin, P.A.
P.O. Box 380
Williston, FL 32696

Discover Financial Svcs LLC.
P.O. Box 15316
Wilmington, DE 19850

ACS Marketing, Inc.
10655 SW 69th terrace
Ocala, FL 34476

GE Capital / Walmart
P.O. Box 965024
Orlando, FL 32896

AFNI, Inc.
404 Brock Dr
Bloomington, IL 61701

Midland Credit Management
8875 Aero Dr. Ste 200
San Diego, CA 92123

Asset Acceptance, LLC
P.O. Box 1630
Warren, MI 48090

Morris Hardwick Scheider
9409 Philadelphia Road
Rosedale, MD 21237

Bank of America
P.O. Box 982235
El Paso, TX 79998-2235

Morris Hardwick Schneider
5110 Eisenhower Blvd
Siute 120
Tampa, FL 33634

Campus USA Credit Union
P.O. Box 147029
Gainesville, FL 32614-7029

NCC Business Services
3733 University Blvd W
Jacksonville, FL 32217

Citi Mortgage,Inc.
Bankruptcy Dept.
P.O. Box 140609
Irving, TX 75014

Portfolio Recovery Assoc.
120 Corporate Blvd. Ste. 100
Norfolk, VA 23502

Credit Collections USA
256 Greenbag Road, Ste. 1
P.O. Box 873
Morgantown, WV 26507-0873

Richard Perry, Esq.
820 SE Fort King Street
Ocala, FL 34471