IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:
ARLENE STEPHENS

                Debtor

CASE NO.: 3: 13-bk-2068-JAF
Estimated Time 5 Minutes
Conf. Hrg.: June 11, 2013 @1:30 p.m.
Chapter 13

### TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, who hereby objects to the confirmation of the Chapter 13 Plan and states:

1. Per 11 U.S.C. § §521(e)(2) and 1308, the Debtor is required to provide to the Trustee proof of filing the 2012 federal income tax return. The Debtor is in violation of the Bankruptcy Rules and Code by failing to provide that information.

2. The Debtor is proposing to retain non-exempt property which is not necessary for the successful reorganization of the Debtor's financial affairs. Specifically, the Trustee objects to the retention of the vacant lot.

3. The Debtor is required to provide to the Trustee complete financial information regarding her business endeavors as required by 11 U.S.C. §1304. The Debtor is in violation of the Bankruptcy Rules and Code by failing to provide that information. Specifically, the Trustee requires the profit and loss statements as well as the bank statements for the six (6) months prior to filing the bankruptcy to date of submission to review the Debtor's complete financial circumstances

4.  The plan is inappropriate and in contravention of the Bankruptcy Code; the Trustee is unable to administer the plan as written.

WHEREFORE the TRUSTEE objects to confirmation of the Chapter 13 Plan.

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By */s/Marsha M. Brown*
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar #650064
John J. Freeman, Jr. Attorney for Trustee
Florida Bar #58618
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone    (904)358-6465
FAX             (904)634-0038
attorneys@ch13jaxfl.com

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on this May 9, 2013 the following:

Arlene Stephens, 10655 W 69th Terrace, Ocala, FL  34476
G. Richard Chamberlain, Esquire, P.O. Box 380, Williston, FL  32696

*/s/Marsha M. Brown*