UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Arlene C. Stephens,   Case No. 3:13-bk-02068-JAF
　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　Debtor.
_____/

## OBJECTION TO DEBTORS' AMENDED CHAPTER 13 PLAN

COMES NOW, Campus USA Credit Union ("Campus"), creditor and party-in-interest, by and through its undersigned counsel, and hereby objects to the Debtors' Amended Chapter 13 Plan (the "Plan") (Dkt. 13), and states in support thereof the following:

1.　　Campus is a secured creditor of the Debtor's on the following property: (i) Vacant lot 6, Section 35, Township 16 South, Range 20 East, Highway 484 ("Vacant Lot"); and (ii) a 2007 Acura.

2.　　The Debtor incorrectly listed Campus' claim on the Plan at ¶2(B)(2) in that she stated Campus "holds a second mortgage on the debtor's homestead property" and further stated that she "will request the court strip this lien."

3.　　The Debtor has not properly provided for treatment of Campus' secured claim on the Vacant Lot in her Plan, and instead has attempted to modify Campus' claim. Therefore, Debtor's proposed Plan is not in compliance with 11 U.S.C. §1322(b)(2).

4.　　The Plan is not feasible in that the Debtor does not have the income to support the proposed Plan payments. Schedule J filed by the Debtor shows a negative monthly cash flow of $110.50 (*See* Dkt. 1). While the Debtor has indicated in the Plan that she intends to seek modification of her mortgage to reduce the monthly payment, no such motion has been filed with the Court.

WHEREFORE, Campus Credit Union prays that its Objection to Debtor's Plan is sustained, and for such other and further relief as the Court seems just and appropriate.

Dated this 22nd day of May, 2013.

                                      Respectfully submitted,

*/s/ Michael A. Nardella*
Michael A. Nardella, Esq.
Florida Bar Number: 51265
**BURR & FORMAN LLP**
200 South Orange Avenue, Suite 800
Orlando, Florida  32801
Phone:  (407) 540-6600
Fax: (407) 540-6601
E-mail: mnardella@burr.com

**ATTORNEYS FOR**
**CAMPUS USA CREDIT UNION**

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on May 22, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on May 22, 2013 by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and/or U.S. Mail, postage prepaid, to the following: Debtor: Arlene C. Stephens, 10655 S.W. 69th Terrace, Ocala, FL 34476; Debtor's Counsel: G. Richard Chamberlain, George Richard Chamberlain, P.A., P.O. Box 380, Williston, FL 32696; Trustee: Douglas W. Neway, P.O. Box 4308, Jacksonville, FL 32201; and the U.S. Trustee – JAX 7, Office of the U.S. Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801.

                                                  */s/ Michael A. Nardella*
                                                  Michael A. Nardella, Esq.