**[3F1650]** [O/ Directing Debtors to Make Payment]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:13−bk−02068−JAF
Chapter 13

Arlene C. Stephens
aka Arlene Celeste Stephens

_____ Debtor(s) _____ /

ORDER DIRECTING DEBTOR(S) TO MAKE PAYMENT

The Trustee informs that the debtor(s) have failed to commence or continue the Interim payments as required by 11 U.S.C. Section 1326(a)(1) of the Bankruptcy code.

It is ORDERED

Debtor(s) shall bring such payments current within twenty−one(21) days of this Order. Failure to comply with this Order shall result in the motion being granted and the case dismissed or converted without further notice or hearing.

Dated July 9, 2013 .

_____
Jerry A. Funk
United States Bankruptcy Judge